JEFFREY H. LOWENTHAL (State Bar No. 111763)
DANA M. ANDREOLI (State Bar No. 262068)
STEYER LOWENTHAL BOODROOKAS
 ALVAREZ & SMITH LLP
One California Street, Third Floor
San Francisco, California 94111
Telephone: (415) 421-3400
Facsimile: (415) 421-2234
E-mail: jlowenthal@steyerlaw.com
E-mail: dandreoli@steyerlaw.com

Attorneys for Plaintiff JPMorgan Chase Bank, National Association,
as successor in interest to Washington Mutual Bank, FA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JPMorgan Chase Bank,<br><br>    Plaintiff,<br><br>    v.<br><br>Satya N. Velu, et al.,<br><br>    Defendants. | Case No. 3:12-cv-03429-SBA<br><br>STIPULATION FOR ENTRY OF JUDGMENT RE LIEN PRIORITY BETWEEN PLAINTIFF JPMORGAN CHASE BANK AND DEFENDANT THE UNITED STATES OF AMERICA |

IT IS HEREBY STIPULATED AND AGREED by Plaintiff JPMorgan Chase Bank, National Association, as successor in interest to Washington Mutual Bank, FA ("Plaintiff"), and Defendant the United States of America ("United States")[1]:

A.  Plaintiff initiated this suit, *inter alia*, to judicially foreclose a $1,445,000 deed of trust given by Satya N. Velu and Kamla K. Velu in favor of Plaintiff's predecessor in interest Washington Mutual Bank, FA recorded on November 1, 2007 in the Official Records of

---

[1] Suits brought against the Internal Revenue Service and its employees in their official capacities are treated as suits against the United States.  *See State of Hawaii v. Gordon*, 373 U.S. 57, 58 (1963); *Gilbert v. DaGrossa*, 756 F.2d 1455, 1458 (9th Cir. 1985).

1  Alameda County as Document No. 2007381837 (the "WAMU Deed of Trust"), upon 7190

2  Rosecliff Court, Pleasanton, California, and legally described as follows:

> All that certain real property in the City of Pleasanton, County of Alameda, State of California, described as follows:
>
> Being a portion of Lot 107 as said Lot 107 is shown on Tract 7255, filed August 10, 2001, in Book 259 of Maps at Page 64-90 inclusive, in series no. 2001-294955, Official Records of Alameda County, described as follows:
>
> Beginning at the most southerly corner of said Lot 107; thence along the general westerly line of said Lot 107, north 32º29'51" west, 108.80 feet to a non-tangent curve to the left, having a radial line which bears south 29º24'37" east, a radius of 50.00 feet, a delta of 63º50'31" thence northeasterly and northerly along said curve an arc length of 55.71 feet; thence along the northerly line of said Lot 107, north 89º21'12" east, 149.12 feet; thence leaving said northerly line south 37º45'46" east, 42.88 feet to the southeasterly line of said Lot 107; thence along said southeasterly line, south 47º43'34" west, 76.03 feet; thence continuing along said southeasterly line, south 57º30'09" west, 102.00 feet to the point of beginning

(the "Subject Property").

B.  The United States has an interest in the Subject Property by virtue of, among other things, a federal tax lien securing the income tax liabilities of Satya N. Velu and Kamla K. Velu as follows: a Notice of Federal Tax Lien for tax year 2004 recorded on December 23, 2009 in the Official Records of Alameda County as Document No. 2009393503; a Notice of Federal Tax Lien for tax year 2005 recorded on September 25, 2007 in the Official Records of Alameda County as Document No. 2007341871; a Notice of Federal Tax Lien for tax year 2006 recorded on February 25, 2008 in the Official Records of Alameda County as Document No. 2008065304; and a Notice of Federal Tax Lien for tax year 2007 recorded on February 6, 2009 in the Official Records of Alameda County as Document No. 2009043115.

C.  On February 11, 2013, the Court entered an order pursuant to Plaintiff's and the United States' stipulation that the WAMU Deed of Trust has priority over the federal tax liens

STIPULATION FOR ENTRY OF JUDGMENT RE LIEN PRIORITY BETWEEN PLAINTIFF JPMORGAN CHASE BANK AND DEFENDANT THE UNITED STATES OF AMERICA
Civil No. 3:12-cv-03429-SBA

2

1  recorded in the Official Records of Alameda County on December 23, 2009 as Document No.

2  2009393503, on September 25, 2007 as Document No. 2007341871, on February 25, 2008 as

3  Document No. 2008065304; and on February 6, 2009 as Document No. 2009043115, securing

4  the income tax liabilities of Satya N. Velu and Kamla K. Velu for tax years 2004 through and

5  including 2007, respectively, and that the Notice of Federal Tax Lien recorded on September 25,

6  2007 in the Official Records of Alameda County as Document No. 2007341871 is subordinate to

7  the WAMU Deed of Trust recorded on November 1, 2007 in the Official Records of Alameda

8  County as Document No. 2007381837 (Docket No. 26).

9      D.  Plaintiff and the United States now hereby desire to resolve the above-captioned

10 action by this stipulation for entry of judgment in favor of Plaintiff on Plaintiff's first cause of

11 action for declaratory relief as to the lien priority of Plaintiff's and the United States' respective

12 liens as follows:

13     1.  That judgment shall be entered in the action in favor of Plaintiff and against the

14 United States on Plaintiff's first cause of action for declaratory relief that the WAMU Deed of

15 Trust recorded against the Subject Property on November 1, 2007 is senior in priority to the

16 federal tax liens recorded in the Official Records of Alameda County on December 23, 2009 as

17 Document No. 2009393503, on September 25, 2007 as Document No. 2007341871, on February

18 25, 2008 as Document No. 2008065304; and on February 6, 2009 as Document No.

19 2009043115, securing the income tax liabilities of Satya N. Velu and Kamla K. Velu for tax

20 years 2004 through and including 2007, respectively, and that said federal tax liens are junior

21 and subordinate to the WAMU Deed of Trust recorded on November 1, 2007 in the Official

22 Records of Alameda County as Document No. 2007381837, but nevertheless remain as liens

23 against the Subject Property.

24 STIPULATION FOR ENTRY OF JUDGMENT RE
LIEN PRIORITY BETWEEN PLAINTIFF
JPMORGAN CHASE BANK AND DEFENDANT
THE UNITED STATES OF AMERICA
CIVIL NO. 3:12-CV-03429-SBA
    3

2. The parties to bear their own attorney's fees and costs.

| | |
|---|---|
| Dated: May 31, 2013 | MELINDA HAAG<br>United States Attorney<br><br>*/s/ Michael G. Pitman*<br>_____<br>MICHAEL G. PITMAN<br>Assistant United States Attorney, Tax Division<br>Attorneys for the United States of America |
| Dated: May 31, 2013 | STEYER LOWENTHAL BOODROOKAS<br>ALVAREZ & SMITH LLP<br><br>*/s/ Dana M. Andreoli*<br>_____<br>JEFFREY H. LOWENTHAL<br>DANA M. ANDREOLI<br>Attorneys for Plaintiff JPMorgan Chase Bank, National Association, as successor in interest to Washington Mutual Bank, FA |

STIPULATION FOR ENTRY OF JUDGMENT RE LIEN PRIORITY BETWEEN PLAINTIFF JPMORGAN CHASE BANK AND DEFENDANT THE UNITED STATES OF AMERICA
CIVIL NO. 3:12-CV-03429-SBA

4